**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AKERS BIOSCIENCES, INC., SECURITIES LITIGATION, | No.: 2:18-cv-10521-ES-CLW<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Motion Day: April 1, 2019<br><br>Hon. Esther Salas |

**PLEASE TAKE NOTICE** that on April 1, 2019, Lead Plaintiff John Papa ("Lead Plaintiff") will move this Court, the Honorable Esther Salas, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom 5A, for entry of an Order: (i) preliminarily approving the settlement between Lead Plaintiff and Defendants Akers Biosciences, Inc., John J. Gormally, and Gary M. Rauch; (ii) conditionally certifying the Settlement Class; (iii) approving the notice to the Class of the Proposed Settlement; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters as the Court may consider at the hearing on this motion.

Defendants do not oppose this motion.

Dated: March 8, 2019                    Respectfully submitted,

                                                                **THE ROSEN LAW FIRM, P.A.**

                                                                /s/ Laurence M. Rosen
                                                                Laurence M. Rosen, Esq.
                                                                609 W. South Orange Avenue
                                                                Suite 2P
                                                                South Orange, NJ  07079
                                                                Tel:  (973) 313-1887
                                                                Fax: (973) 833-0399
                                                                lrosen@rosenlegal.com

and

Phillip Kim, Esq. (*pro hac vice* pending)
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this on March 8, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Executed on March 8, 2019

                                                         /s/ Laurence M. Rosen
                                                         Laurence M. Rosen