**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AKERS BIOSCIENCES, INC., SECURITIES LITIGATION, | No.: 2:18-cv-10521-ES-CLW<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hon. Esther Salas |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order granting the Parties' request to continue the Settlement Hearing date (Dkt. No. 43)[1], on December 20, 2019, at 11:00 a.m. at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5A, Newark, NJ, 07101, before the Honorable Esther Salas, United States District Judge, Lead Plaintiff John Papa, through his undersigned Counsel, will move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Lead Plaintiff's motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Motions for: (1) Final Approval of Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiff and the exhibits thereto; the Stipulation and Agreement of Settlement filed March 8, 2019 and the exhibits thereto (Dkt. No. 35); and all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

---

[1] The Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement initially scheduled the Settlement Hearing for November 8, 2019 at 2:30 p.m. (Dkt. No. 40).

Dated: October 11, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ  07079
Tel:  (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

and

Phillip Kim (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of October 2019 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        */s/ Laurence M. Rosen*
                                        Laurence M. Rosen