**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AKERS BIOSCIENCES, INC., SECURITIES LITIGATION, | No.: 2:18-cv-10521-ES-CLW <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF** <br><br> Hon. Esther Salas |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order granting the Parties' request to continue the Settlement Hearing date (Dkt. No. 43)[1], on December 20, 2019, at 11:30 a.m., or as soon thereafter as counsel may be heard, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5A, Newark, NJ, 07101, before the Honorable Esther Salas, United States District Judge, Lead Plaintiff John Papa, through his undersigned Counsel, will move for an order: (i) awarding attorneys' fees; (ii) awarding reimbursement of litigation expenses, and (iii) approving a compensatory award to Lead Plaintiff.

The motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Motions for: (1) Final Approval of Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiff and the exhibits thereto; the Stipulation and Agreement of Settlement filed March 8, 2019 and the exhibits thereto (Dkt. No. 35); and all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

---

[1] The Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement initially scheduled the Settlement Hearing for November 8, 2019 at 2:30 p.m. (Dkt. No. 40).

Dated: October 11, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ  07079
Tel: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

and

Phillip Kim (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of October, 2019 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                 */s/ Laurence M. Rosen*
                                                 Laurence M. Rosen