**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE AKERS BIOSCIENCES, INC., SECURITIES LITIGATION, | No.: 2:18-cv-10521-ES-CLW<br><br>CLASS ACTION<br><br>**ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF**<br><br>Hon. Esther Salas |

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel for the purposes of the Settlement have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiff and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and Award to the Lead Plaintiff to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed March 8, 2019 (the "Settlement Stipulation") (Dkt. No. 35); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Counsel during the final approval hearing on December 20, 2019, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. The Rosen Law Firm, P.A. is awarded one-third of the Settlement Fund or $750,000 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. The Rosen Law Firm, P.A. shall be reimbursed out of the Settlement Fund in the amount of $15,993.94 for its expenses and costs.

3. Lead Plaintiff John Papa shall be awarded $5,000 as an incentive award and reimbursement for his lost time and expenses in connection with his prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated: December 20, 2019

THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE